UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO ORTIZ MAGANA, | ) | 1:08-CV-01154 OWW GSA HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| v. | ) | [Doc. #11] |
| | ) | |
| M. MUKASEY, et al., | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondents. | ) | |

    Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On October 31, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED for failure to comply with a court order. Petitioner was granted thirty (30) days to file objections to the Findings and Recommendation. The order served on Petitioner was returned as undeliverable by the U.S. Postal Service.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation of October 31, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED; and

3. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   December 16, 2008**          /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE